PBT

3

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.E. BINFORD, JACKIE BINFORD and HENRY WYNDEL on behalf of Themselves and All Others Similarly Situated | : | CV: 05-112 |
| Plaintiffs | : | |
| v. | : | FILED |
| JOHN J. BRENNAN, CHARLES D. ELLIS, RAJIV L. GUPTA, JOANN HEFFERNAN, BURTON G. MALKIEL, ALFRED M. RANKIN, JR., J. LAWRENCE WILSON, THE VANGUARD CORPORATION, VANGUARD ADVISERS, INC., MELLON CAPITAL MANAGEMENT COMPANY, WELLINGTON MANAEMENT, LLP, JOHN A. LEVIN & COMPANY, FRANKLIN PORTFOLIO ASSOCIATES, LLC, PROVIDENT INVESTMENT COUNCIL, INC., TURNER INVESTMENT PARTNERS, INC., GRANAHAN INVESTMENT MANAGEMENT, INC. CHARTWELL INVESTMENT PARTNERS, BARROW, HANLEY, MEWHINNEY & STRAUSS, INC., GRANTHAM MAYO VAN OTTERLOO & COMPANY, LLC, BERNSTEIN INVESTMENT RESEARCH AND MANAGEMENT, EQUINOX CAPITAL MANAGEMENT, LLC, HOTCHKIS & WILEY CAPITAL MANAGEMENT, LLC, TUKMAN CAPITAL MANAGEMENT, INC. | : | FEB - 3 2005<br>MICHAEL E. KUNZ, Clerk<br>By C.D. Dep. Clerk<br><br>JURY TRIAL DEMANDED |
| Defendants | : | |

## PRAECIPE FOR ALIAS SUMMONS

TO THE CLERK OF THE COURT:

Please issue an Alias Summons for each of the 23 defendant entities listed the in the above-captioned matter.

BRODKSY & SMITH, LLC

BY: _____
Marc L. Ackerman
Attorney for Plaintiff
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200

Date: February 2, 2005

B.E. BINFORD, et al. v. JOHN J. BRENNAN, et al.
U.S.D.C., E.D. PA  Civil Action No. 05-112

v.

1. JOHN J. BRENNAN
2. CHARLES D. ELLIS
3. RAJIV L. GUPTA
4. JOANN HEFFERNAN
5. BURTON G. MALKIEL
6. ALFRED M. RANKIN, JR.
7. J. LAWRENCE WILSON
8. THE VANGUARD CORPORATION
9. VANGUARD ADVISERS, INC.
10. MELLON CAPITAL MANAGEMENT COMPANY
11. WELLINGTON MANAEMENT, LLP.
12. JOHN A. LEVIN & COMPANY
13. FRANKLIN PORTFOLIO ASSOCIATES, LLC.
14. PROVIDENT INVESTMENT COUNCIL, INC.
15. TURNER INVESTMENT PARTNERS, INC.
16. GRANAHAN INVESTMENT MANAGEMENT, INC.
17. CHARTWELL INVESTMENT PARTNERS
18. BARROW, HANLEY, MEWHINNEY & STRAUSS, INC.
19. GRANTHAM MAYO VAN OTTERLOO & COMPANY, LLC.
20. BERNSTEIN INVESTMENT RESEARCH AND MANAGEMENT
21. EQUINOX CAPITAL MANAGEMENT, LLC.
22. HOTCHKIS& WILEY CAPITAL MANAGEMENT, LLC.
23. TUKMAN CAPITAL MANAGEMENT, INC.

                             Defendants