

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BRIDDELL et al. | : | MISCELLANEOUS |
| | : | |
| v. | : | |
| | : | |
| R. LANE COMPANY, INC. | : | NO. 05-112 |

FILED
APR 19 2006
MIC...
By MAC

### ORDER

AND NOW, this 19th day of April, 2006, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Herbert J. Hutton to the calendar of the Honorable James T. Giles.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

*Michael E. Kunz*
MICHAEL E. KUNZ
Clerk of Court

cc: Stats, MEK

Mailed, D. Linker
4-19-06  R Lane Company

Faxed, J. Hutton
4-19-06