UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------x
B.E. BINFORD, JACKIE BINFORD and : 
HENRY WYNDEL, on Behalf of Themselves :
and All Others Similarly Situated, :
                                             Plaintiffs,   :    2:05-CV-00112-PBT

                                    v.                    :

JOHN J. BRENNAN, et al., :    STIPULATION

                                        Defendants.   :
-------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for all defendants to answer, move or otherwise respond to the Complaint in this matter is extended by 30 days. No prior request for an extension has been sought or granted.

Dated: February 9, 2005

| BRODSKY & SMITH, LLC | SHEARMAN & STERLING LLP |
|---|---|
| By: /s/ *Evan J. Smith, Esquire*<br>    Evan J. Smith<br>    Marc L. Ackerman | By:   /s/ *Brian H. Polovoy, Esquire*<br>    Steven F. Molo<br>    Brian H. Polovoy |
| Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 667-6200 | 599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000 |
| Attorneys for Plaintiffs | Attorneys for The Vanguard Group, Inc. |

NYDOCS04/420956.1