UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.E. BINFORD, JACKIE BINFORD and HENRY WYNDEL, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. BRENNAN, CHARLES D. ELLIS, RAJIV L. GUPTA, JOANN HEFFERNAN, BURTON G. MALKIEL, ALFRED M. RANKIN, JR., J. LAWRENCE WILSON, THE VANGUARD CORPORATION, VANGUARD ADVISERS, INC., MELLON CAPITAL MANAGEMENT COMPANY, WELLINGTON MANAGEMENT COMPANY, LLP, JOHN A. LEVIN & COMPANY, FRANKLIN PORTFOLIO ASSOCIATES, LLC, PROVIDENT INVESTMENT COUNCIL, INC., TURNER INVESTMENT PARTNERS, INC., GRANAHAN INVESTMENT MANAGEMENT, INC., CHARTWELL INVESTMENT PARTNERS, BARROW, HANLEY, MEWHINNEY & STRAUSS, INC., GRANTHAM MAYO VAN OTTERLOO & COMPANY, LLC, BERNSTEIN INVESTMENT RESEARCH AND MANAGEMENT, EQUINOX CAPITAL MANAGEMENT, LLC, HOTCHKIS & WILEY CAPITAL MANAGEMENT, LLC, TUKMAN CAPITAL MANAGEMENT, INC., and JOHN DOES NO. 1 through 100,<br><br>Defendants. | Case No. 2:05-cv-00112-PBT |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: February 14, 2005

RESPECTFULLY SUBMITTED,

/s/ *Marc L. Ackerman*
Marc L. Ackerman
Brodsky & Smith LLC
Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200


Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

**PROOF OF ELECTRONIC FILING**

    I, Marc L. Ackerman, Esquire, hereby certify that I have electronically filed this document in accordance with the Court rules:

Brian H. Polovoy, Esquire
Sherman & Sterling, LLP
599 Lexington Avenue
New York, New York 10022-6069

Dated: February 14, 2005        **BRODSKY & SMITH, LLC**
                                         **By: /s/ *Marc L. Ackerman, Esquire***
                                         **Marc L. Ackerman, Esquire**
                                         **BRODSKY & SMITH, LLC**
                                         **Two Bala Plaza, Suite 602**
                                         **Bala Cynwyd, PA 19004**
                                         **Tel:  (610) 667 - 6200**
                                         **Fax: (610) 667-9029**
                                         **Attorneys for Plaintiffs**