PBT

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.E. BINFORD, ET AL., | Hearing Date: | **FILED** |
| Plaintiff/Petitioner | CAUSE NO. **05-112** | FEB 1 4 2005 |
| vs. | | |
| JOHN J BRENNAN, ET AL., | AFFIDAVIT OF SERVICE OF: **SUMMONS AND COMPLAINT** | MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |
| Defendant/Respondent | | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of February, 2005, at 12:12 PM**, at the address of **275 WYMAN Street, WALTHAM, Middlesex County, MA** ; this affiant served the above described documents upon **GRANAHAN INVESTMENT MANAGEMENT, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Brian S. Granahan, Chief Compliance Officer, white, 35 year old, male, 5'3", 180 lbs, black hair, green eyes**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ____PA____ that the statement above is true and correct.

_____
**Clark W. Paige, Sr., Constable, Massachusetts**


SUBSCRIBED AND SWORN to before me this 3rd day of February, 2005

_____  Francis W. Finney
NOTARY PUBLIC in and for the State of **Massachusetts**

My commission expires - August 5, 2005

| | | |
|---|---|---|
| ABC's Client Name **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633766** |

RECEIVED

FEB 1 5 2005

TUCKER, PETRESE B.