perlres

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA



FILED
FEB 14 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| B.E. BINFORD, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> JOHN J BRENNAN, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> 05-112 <br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of February, 2005, at 1:35 PM**, at the address of **725 S FIGUEROA Street 39TH FLOOR, LOS ANGELES, Los Angeles County, CA** ; this affiant served the above described documents upon **HOTCHKIS & WILEY CAPITAL MANAGEMENT, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ANNA MARIE LOPEZ, CHIEF COMPLIANCE OFFICER**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _California_ that the statement above is true and correct.

_____
**CARL HIGGINS, Reg. # 2517, LOS ANGELES, CA**

SUBSCRIBED AND SWORN to before me this 3rd day of February, 2005
_____
NOTARY PUBLIC in and for the State of **California**

ANGELICA VALENCIA
Commission # 1521673
Notary Public - California
Los Angeles County
My Comm. Expires Oct 24, 2008

| | | |
|---|---|---|
| ABC's Client Name <br> **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF <br> SERVICE | ABC Tracking #: 3633761 |

**RECEIVED**

FEB 15 2005

**TUCKER, PETRESE B.**