UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.E. BINFORD, ET AL., | | Hearing Date: |
| | Plaintiff/Petitioner | CAUSE NO. **05-112** |
| vs. | | |
| JOHN J BRENNAN, ET AL., | | AFFIDAVIT OF SERVICE OF: **SUMMONS AND COMPLAINT** |
| | Defendant/Respondent | |

FILED FEB 14 2005 MICHAEL E. KUNZ, Clerk By ____ Dep. Clerk

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of January, 2005, at 1:00 PM**, at the address of **111 EIGHTH Avenue , NEW YORK, New York County, NY** ; this affiant served the above described documents upon **EQUINOX CAPITAL MANAGEMENT, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **EQUINOX CAPITAL MANAGEMENT, LLC, c/o CT Corp Process Specialist Angela Solomon F/B black hair 35 YOA 5-3 150 LBS**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **PA** that the statement above is true and correct.

_____
**Loai F. Sarsour, Reg. # 1133309**

SUBSCRIBED AND SWORN to before me this 28th day of January, 2005

_____
NOTARY PUBLIC in and for the State of **New York**

| | | |
|---|---|---|
| ABC's Client Name **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633762** |

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 200_

RECEIVED
FEB 15 2005
TUCKER, PETRESE B.