PBT

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| B.E. BINFORD, ET AL., | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | CAUSE NO. 05-112 |
| vs. | |
| JOHN J BRENNAN, ET AL., | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT |
| Defendant/Respondent | |

**FILED**
FEB 1 4 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **27th day of January, 2005, at 2:25 PM**, at the address of **40 ROWES WHARF, BOSTON, Suffolk County, MA** ; this affiant served the above described documents upon **GRANTHAM MAYO VAN OTTERLOO & COMPANY, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **William R. Royer, Agent in charge**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

_____
Barbara Bedugnis, Reg. # Constable, MA

SUBSCRIBED AND SWORN to before me this 31st day of January, 2005

_____
NOTARY PUBLIC in and for the State of **Massachusetts**

| ABC's Client Name **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3633764 |
|---|---|---|



KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008

**RECEIVED**
FEB 1 5 2005
TUCKER, PETRESE B.