


IN THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.E. BINFORD, ET AL.,<br><br>　　　　　　　Plaintiff/Petitioner<br><br>VS.<br>JOHN J BRENNAN, ET AL.,<br><br>　　　　　　　Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **05-112**<br><br>DECLARATION OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

**FILED**

3 14 2005

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of January, 2005, at 1:40 PM**, at the address of **2730 GATEWAY OAKS Drive SUITE 100, SACRAMENTO, Sacramento** County, **CA** ; this declarant served the above described documents upon **PROVIDENT INVESTMENT COUNCIL, INC.,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Becky DeGeorge, Authorized Agent For CSC**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of CALIFORNIA that the statement above is true and correct.

DATED this **26th day of January, 2005**.

_____
Jenice Rossner, Reg. # 98-02, Sacramento, CA

| ABC's Client Name<br>**Baron & Budd, P.C.**<br>**(PFI)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3633772** |
|---|---|---|

RECEIVED

FEB 1 5 2005

TUCKER, PETRESE B.