UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.E. BINFORD, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> JOHN J BRENNAN, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> 05-112 <br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of January, 2005, at 12:11 PM**, at the address of **1235 WESTLAKES Drive STE 300, BERWYN, Chester County, PA** ; this affiant served the above described documents upon **CHARTWELL INVESTMENT PARTNERS, BARROW, HANLEY, MEWHINNEY & STRAUSS, INC.**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Sheila McCann, Marketing Director, white female, lt brn hair, 50 yrs old, 135 lbs**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____PA_____ that the statement above is true and correct.

Russell R. D'Alonzo

SUBSCRIBED AND SWORN to before me this 27th day of January, 2005

NOTARY PUBLIC in and for the State of **Pennsylvania**

NOTARIAL SEAL
Barbara Ross, Notary Public
City of Phila., Philadelphia County
My Commission Expires Mar. 26, 2006

ABC's Client Name
Baron & Budd

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3633765

RECEIVED
FEB 15 2005
TUCKER, PETRESE B.