UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

13

| | |
|---|---|
| B.E. BINFORD, ET AL., Plaintiff/Petitioner | Hearing Date: CAUSE NO. 05-112 |
| vs. JOHN J BRENNAN, ET AL., Defendant/Respondent | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT |

FILED
FEB 14 2005
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of January, 2005, at 12:16 PM**, at the address of **1205 WESTLAKES Drive STE 100, BERWYN, Chester County, PA** ; this affiant served the above described documents upon **TURNER INVESTMENT PARTNERS, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Brian McNally, Attorney, white male, brn hair, 54 yrs old, 5'8", 195 lbs**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of PA that the statement above is true and correct.

______________________
**Russell R. D'Alonzo**

SUBSCRIBED AND SWORN to before me this 27th day of January, 2005

______________________
NOTARY PUBLIC in and for the State of **Pennsylvania**

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3633767**

NOTARIAL SEAL
Theresa Reese, Notary Public
City of Phila., Philadelphia County
My Commission Expires Mar. 26, 2006

RECEIVED
FEB 15 2005
TUCKER, PETRESE B.