UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.E. BINFORD, ET AL.,<br><br>Plaintiff/Petitioner | Hearing Date:<br><br>CAUSE NO.<br>**05-112** | |
| vs.<br>JOHN J BRENNAN, ET AL.,<br><br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** | FILED<br>FEB 17 2005<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **4th day of February, 2005, at 12:50 PM**, at the address of **1 ROCKEFELLER PLAZA 18TH FLOOR, NEW YORK, New York County, NY** ; this affiant served the above described documents upon **JOHN A LEVIN & COMPANY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JOHN A LEVIN & COMPANY, VP & General Counsel M/W black hair 35 YOA 5-7 160 LBS**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___PA___ that the statement above is true and correct.

_____
**Loai F. Sarsour, Reg. # 1076668, New York**

SUBSCRIBED AND SWORN to before me this 7th day of February, 2005

_____
NOTARY PUBLIC in and for the State of **New York**

| ABC's Client Name<br>**Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633771** |
|---|---|---|

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 20__

RECEIVED
FEB 18 2005
TUCKER, PETRESE B.