UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PBT

| | | |
|---|---|---|
| B.E. BINFORD, ET AL., | | Hearing Date: |
| | Plaintiff/Petitioner | CAUSE NO. 05-112 |
| vs. | | |
| JOHN J BRENNAN, ET AL., | | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT |
| | Defendant/Respondent | |

17

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of February, 2005, at 1:28 PM**, at the address of **767 5TH Avenue , NEW YORK, New York County, NY** ; this affiant served the above described documents upon **BERNSTEIN INVESTMENT RESEARCH AND MANAGEMENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **BERNSTEIN INVESTMENT RESEARCH AND MANAGEMENT, Front Desk Security John Doe M/B black hair 40 YOA 5-9 180 LBS.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____PA_____ that the statement above is true and correct.

_____
Loai F. Sarsour, Reg. # 1133309, New York NY

SUBSCRIBED AND SWORN to before me this 10th day of February, 2005

_____
NOTARY PUBLIC in and for the State of **New York**

FILED

FEB 2 8 2005

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3633763

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008