PBT

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.E. BINFORD, ET AL., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. 05-112 |
| vs. | |
| JOHN J BRENNAN, ET AL., | |
| Defendant/Respondent | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT |

19

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of February, 2005, at 2:42 AM**, at the address of **100 VANGUARD Street , MALVERN,  Chester County, PA** ; this affiant served the above described documents upon  **THE VANGUARD CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Rosemarie A. Sciarretta, Legal Department, white female, brn hair, 45 yrs old, 5'10", 155 lbs.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____ PA _____ that the statement above is true and correct.

_____
Russell R. D'Alonzo

**FILED**

FEB 2 8 2005

SUBSCRIBED AND SWORN to before me this 4th day of February, 2005

_____
NOTARY PUBLIC in and for the State of **Pennsylvania**

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE
NOTARIAL SEAL
Theresa Reese, Notary Public
City of Phila., Philadelphia County
My Commission Expires Mar. 26, 2006

ABC Tracking #: 3633759