PBT

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| B.E. BINFORD, ET AL., | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | CAUSE NO. **05-112** |
| VS. | |
| JOHN J BRENNAN, ET AL., | AFFIDAVIT OF SERVICE OF: **SUMMONS AND COMPLAINT** |
| Defendant/Respondent | |

20

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of February, 2005, at 4:15 PM**, at the address of **595 MARKET Street #3000, SAN FRANCISCO, San Francisco County, CA** ; this affiant served the above described documents upon **MELLON CAPITAL MANAGEMENT COMPANY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Beth Horton, Senior Officer, authorized to accept service**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____**PA**_____ that the statement above is true and correct.

FILED

FEB 2 8 2005

Matthew Anderson, Reg. # 97, Marin/CA

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

SUBSCRIBED AND SWORN to before me this 10th day of February, 2005

STATE OF _California_
COUNTY OF _Marin_

NOTARY PUBLIC in and for the State of **California**

| ABC's Client Name **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3633770 |
|---|---|---|

MARTHA ROMERO
COMM. #1292375
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires Feb. 24, 2005