IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B. E. BINFORD, et al. | |
|    Plaintiffs, | CIVIL ACTION |
| | NO.  05-112 |
| v. | |
| | |
| JOHN J. BRENNAN, et al. | |
| | |
|    Defendants. | |

AND NOW, this        day of March, 2005, upon consideration of plaintiffs' Notice of Dismissal (Document No. 7, filed February 14, 2005),  IT IS HEREBY ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE pursuant Federal Rule of Procedure 41(a).

IT IS FURTHER ORDERED that the clerk of court shall mark this case CLOSED.

BY THE COURT:

_____
Petrese B. Tucker, U.S.D.J.